Jonathan L. Gerber, Esq. (SBN 251219)
Adam I. Miller (SBN 269990)
**Miller Miller Menthe LLP**
1500 Quail Street, Suite 490
Newport Beach, CA 92660
(714) 450-3800  Phone
(714) 450-3801  Facsimile
Email: jgerber@millermenthelaw.com
*Attorneys for Keya Morgan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYA MORGAN,<br><br>      Plaintiff<br><br>-vs-<br><br>ASSOCIATED PRESS, PERSEUS RUNNING PRESS, LLC, PERSEUS BOOKS, LLC, TIME HOME ENTERTAINMENT, INC., and DOES 1-10, Inclusive,<br><br>      Defendants | Case Number CV 15-03341 CBM (JEMx)<br><br>**Hon. Consuelo B. Marshall**<br><br>**Hon. Magistrate Judge: John E. McDermott**<br><br>**NOTICE AND MOTION TO QUASH THIRD PARTY SUBPOENA**<br><br>Date:     October 18, 2016<br>Time:    10:00 a.m.<br>CrtRm:   "C"<br><br>Complaint filed: May 4, 2015 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on October 18, 2016 at 10:00 am in Courtroom "C" of the above-captioned Court located at 312 N. Spring Street, Los

- 1 -
NOTICE AND MOTION TO QUASH THIRD PARTY SUBPOENA

1 | Angeles, CA 90012, Plaintiff, Keya Morgan and Stephen Montgomery will and
2 | hereby does move to quash third-party subpoena of Stephen Montgomery.
3 |
4 | Dated: August 24, 2016          MILLER MILLER MENTHE LLP

By:_____/s/_____
    Jonathan L. Gerber
    Attorneys for Plaintiff, Keya Morgan

- 2 -
NOTICE AND MOTION TO QUASH THIRD PARTY SUBPOENA