**LEVINE SULLIVAN KOCH & SCHULZ, LLP**
ROBERT PENCHINA (*Pro Hac Vice*)
 rpenchina@lskslaw.com
321 West 44th Street, Suite 1000
New York, NY 10036
Telephone: (212) 850-6100
Fax: (212) 850-6299

**JASSY VICK CAROLAN LLP**
KEVIN L. VICK, Cal. Bar No. 220738
 kvick@jassyvick.com
JEAN-PAUL JASSY, Cal. Bar No. 205513
 jpjassy@jassyvick.com
6605 Hollywood Boulevard, Suite 100
Los Angeles, California 90028
Telephone: (310) 870-7048
Fax: (310) 870-7010

Attorneys for Defendants
ASSOCIATED PRESS and TIME
HOME ENTERTAINMENT INC.

CHANGES HAVE BEEN MADE
TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYA MORGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASSOCIATED PRESS, et al.,<br><br>　　　　Defendants. | Case Number CV 15-03341 CBM (JEMx)<br><br>**Hon. John E. McDermott**<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT TIME INC. BOOKS LEAVE TO JOIN SETTLEMENT CONFERENCE BY TELEPHONE** |

{01012000;v2}

[PROPOSED] ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

    Upon consideration of Defendant Time Inc. Books' Motion, and for good cause shown, it is hereby

    ORDERED and ADJUDGED that Time's Request is GRANTED IN PART. It is hereby further

    ORDERED that the representative of Time Inc. Books must remain available by telephone, up to and including, after normal business hours, until released by the Magistrate Judge.

Dated:  December 20, 2016        */s/John E. McDermott*
                                              Hon. John E. McDermott
                                              United States Magistrate Judge